IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 04-2312-TUC-RCC |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| PEDRO VELASQUEZ-REYES, ) | |
| Defendant. ) | |

After review,

**IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendation filed on January 26, 2006 (#56).

**IT IS FURTHER ORDERED DENYING** Defendant's Motion to Dismiss (#17)

DATED this 28th day of February, 2006.

Raner C. Collins
United States District Judge

cc: AUSA-LANE, ROBLES, JJM